[No. 10342–7–II.   Division Two.   October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
CLARENCE BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 85–1–01256–1, Rosanne Buckner, J., entered
September 19, 1986. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.